OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 7, 2025

Sydney K. Cooper
Daniel P. Muino
Morrison & Foerster
2100 L Street NW
Suite 900
Washington, DC 20037

Jay Emerick
Adam M. Janes
Kirkland & Ellis
333 W Wolf Point Plaza
Chicago, IL 60654

Peter Evangelatos
Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022

Nicholas R. Fung
Henry Huttinger
Zach B. Quinlan
Morrison & Foerster
707 Wishire Boulevard
Suite 6000
Los Angeles, CA 90017

Anne S. Gaza
Robert M. Vrana
Samantha G. Wilson
Young Conaway Stargatt & Taylor
1000 N King Street
Rodney Square
Wilmington, DE 19801

Joyce Liou
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Scott F. Llewellyn
Morrison & Foerster
370 17th Street
Suite 4200
Denver, CO 80202

Gregg F. LoCascio
Matthew J. McIntee
Meredith Pohl
Jason M. Wilcox
Kirkland & Ellis
1301 Pennsylvania Avenue NW
Washington, DC 20004

Meet Y. Mehta
Erik J. Olson
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304

Kyle W.K. Mooney
Morrison & Foerster
250 W 55th Street
Suite 900
New York, NY 10019


RE: Arm Ltd. v. Qualcomm Inc., et al
Case Number: 25-2923
District Court Case Number: 1:22-cv-01146

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System.** <u>See</u> **3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

To All Parties:

Enclosed is case opening information regarding the above-captioned appeal filed by **Arm Ltd**, docketed at **No. 25-2923**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Please note:** <u>If any party has filed one of the motions listed in Fed.R.App.P 4(a)(4) after the notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed.</u> The case in the court of appeals will not be stayed absent such notification.

**<u>Counsel for Appellant</u>**

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities)
5. Concise Summary of the Case
6. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** of the date of this letter.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2.**

**<u>Counsel for Appellee</u>**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. This notice must be served on all parties.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *s/ Aina Renwrick*
Legal Assistant
267-299-4957

cc:
Jack B. Blumenfeld
Jacob A. Braly
Alexander M. Butwin
Andrea L. D'Ambra
Karen L. Dunn
Anna R. Gressel
William Isaacson
Kira Latham
Anna P. Lipin
William T. Marks
Susana Medeiros
Erin J. Morgan
Nora Niedzielski-Eichner
Catherine Nyarady
Jennifer Ying
Melissa F. Zappala
Isaac B. Zaur