No. 25-2923

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

ARM LTD., *Plaintiff-Appellant*,

v.

QUALCOMM INC., QUALCOMM TECHNOLOGIES, INC.,
NUVIA, INC., *Defendants-Appellees*.

Appeal from the U.S. District Court for the District of Delaware,
No. 1:22-cv-01146, Hon. Maryellen Noreika

**PLAINTIFF-APPELLANT ARM LTD.'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE BRIEF AND JOINT APPENDIX**

Plaintiff-appellant Arm Ltd. hereby moves under Federal Rule of Appellate Procedure 26(b) and Local Appellate Rule 31.4 for a 45-day extension of time in which to file its principal brief and the joint appendix, to and including Thursday, January 15, 2026. Arm's principal brief and the joint appendix are currently due Monday, December 1, 2025. This is Arm's first request for an extension of time to file its principal brief and the joint appendix. Defendants-appellees Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc. have stated that they do not oppose this extension and will not file a response.

Good cause exists for the requested extension.  Counsel for Arm have several other matters pending in this and other courts.  In *Qualcomm Inc. v. Arm Holdings plc.*, No. 1:24-cv-490-MN (D. Del.), counsel recently filed motions for summary judgment and *Daubert* motions on October 24, 2025, and answering briefs on motions for summary judgment and *Daubert* motions on November 7, 2025.  In that same case, counsel have reply briefs on motions for summary judgment and *Daubert* motions currently due November 14, 2025.

Counsel also have an appellee's brief currently due November 17, 2025, in *In re Application of Amgen, Inc.*, No. 25-2193 (3d Cir.); a supplemental brief currently due November 17, 2025, in *In re ON24, Inc. Securities Litigation*, No. 24-2204 (9th Cir.); a supplemental memorandum in opposition to reconsideration currently due December 5, 2025, in *Boniface v. Viliena*, No. 1:17-cv-10477-ADB (D. Mass); an answering brief currently due December 8, 2025, in *Westchester Funds v. MaxLinear, Inc.*, No. 25-5146 (9th Cir.); an answering brief currently due December 10, 2025, in *Villarroel v. Recology, Inc.*, No. 25-5507 (9th Cir.); an answering brief currently due December 15, 2025, in *In re Nikola Corp.*, No. 1:25-cv-01144-GBW (D. Del.); and an answering brief currently due January 12, 2026, in *In re Nikola Corp.*, No. 1:25-cv-01194-GBW (D. Del.).  Finally, the requested extension mitigates conflicts with the upcoming Thanksgiving and December holidays.

For these reasons, Arm requests that the Court grant an extension of time, to and including Thursday, January 15, 2026, in which to file its principal brief and the joint appendix.

Dated: November 13, 2025

Respectfully submitted,

/s/ Joseph R. Palmore

| | |
|---|---|
| JASON WILCOX<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 389-5910<br>jason.wilcox@kirkland.com<br><br>ROBERT M. VRANA<br>ANNE SHEA GAZA<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Rodney Square, 1000 N. King Street<br>Wilmington, DE 19801 | JOSEPH R. PALMORE<br>MORRISON & FOERSTER LLP<br>2100 L Street NW, Suite 900<br>Washington, DC 20037<br><br>ERIK J. OLSON<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br><br>SCOTT F. LLEWELLYN<br>MORRISON & FOERSTER LLP<br>370 17th Street, 4200 Republic Plaza<br>Denver, CO 80202<br><br>ALEXANDRA M. AVVOCATO<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019 |

*Counsel for Plaintiff-Appellant Arm Ltd.*

**CERTIFICATE OF COMPLIANCE AND BAR MEMBERSHIP**

The foregoing filing complies with the relevant type-volume, typeface, and type style requirements of the Federal Rules of Appellate Procedure and Local Appellate Rules because it has been prepared using a proportionally spaced typeface, including serifs, in 14-point Times New Roman font using Microsoft Word and includes 354 words, excluding the parts exempted by the Rules.

Pursuant to Local Appellate Rules 28.3(d) and 46.1(e), I hereby certify that I am an active member in good standing of the Bar of the United States Court of Appeals for the Third Circuit.

| | |
|---|---|
| Dated: November 13, 2025 | /s/ Joseph R. Palmore <br> Joseph R. Palmore |

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system on November 13, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 13, 2025  /s/ Joseph R. Palmore  
Joseph R. Palmore