# In the United States Court of Appeals for the Third Circuit

ARM LTD.,
APPELLANT

*v.*

QUALCOMM INC.; QUALCOMM TECHNOLOGIES, INC.;
NUVIA, INC., APPELLEES

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (CIV. NO. 22-1146)
(THE HONORABLE MARYELLEN NOREIKA, J.)*

**UNOPPOSED MOTION OF APPELLEES
FOR EXTENSION OF TIME TO FILE BRIEF**

CATHERINE NYARADY
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *1285 Avenue of the Americas
  New York, NY 10019*

WILLIAM A. ISAACSON
DUNN ISAACSON RHEE LLP
  *401 Ninth Street, N.W.
  Washington, DC 20004*

KANNON K. SHANMUGAM
MASHA HANSFORD
WILLIAM T. MARKS
JAMES DURLING
MATTHEW J. DISLER
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.
  Washington, DC 20006
  (202) 223-7300*
  kshanmugam@paulweiss.com

Appellees Qualcomm Inc.; Qualcomm Technologies, Inc.; and Nuvia, Inc., respectfully move for a 60-day extension, to and including April 17, 2026, of the time in which to file their brief in this appeal. Counsel for appellees has conferred with counsel for appellant Arm Ltd., who has represented that appellant does not oppose this request.

1. Under the Court's original scheduling order, appellant's opening brief was due on December 1, 2025. On November 13, appellant requested a 45-day extension, to and including January 15, 2026, to file its opening brief. Dkt. 22. That motion was granted, and appellant filed its brief on the new due date. Dkt. 27.

2. Appellees' brief is currently due on February 16, 2026 (a Monday). The requested extension would make the brief due on April 17, 2026.

3. Federal Rule of Appellate Procedure 26(b) and Local Rule 31.4 provide that a party may receive an extension of time for "good cause."

4. Reasoned justification exists for appellees' request for an extension of time. Counsel for appellees have numerous other briefs with proximate due dates, including the brief in opposition in *Dotson* v. *Wolfe*, No. 25-664 (S. Ct.) (due February 6); the brief of appellee in *Petróleos de Venezuela, S.A., et al.* v. *MUFG Union Bank, N.A., et al.*, No. 25-2652 (2d Cir.) (due February 9); the reply brief of cross-appellant in *International Construction Products*

*LLC* v. *Caterpillar Inc.*, Nos. 25-1629 & 25-1635 (3d Cir.) (currently due January 29; motion for extension to February 13 pending); the brief for the petitioners in *Vistra Corp.* v. *FERC*, No. 25-60055, *et al.* (5th Cir.) (due February 19); and the certiorari-stage reply brief in *New York Football Giants, Inc.* v. *Flores*, No. 25-790 (S. Ct.) (due February 25). In addition, lead counsel for appellees is scheduled to present oral argument on February 18 in *In re RML, LLC*, No. 25-263 (2d Cir.).

5. This is appellees' first request for an extension of time to file their appellate brief and is not made for delay. No party will be prejudiced if it is granted.

6. Counsel for appellees has conferred with counsel for appellant, who has represented that appellant does not oppose this request.

|  | Respectfully submitted, |
|---|---|
|  | /s/ Kannon K. Shanmugam |
| CATHERINE NYARADY | KANNON K. SHANMUGAM |
| PAUL, WEISS, RIFKIND, | MASHA HANSFORD |
|   WHARTON & GARRISON LLP | WILLIAM T. MARKS |
|   *1285 Avenue of the Americas* | JAMES DURLING |
|   *New York, NY 10019* | MATTHEW J. DISLER |
|  | PAUL, WEISS, RIFKIND, |
| WILLIAM A. ISAACSON |   WHARTON & GARRISON LLP |
| DUNN ISAACSON RHEE LLP |   *2001 K Street, N.W.* |
|   *401 Ninth Street, N.W.* |   *Washington, DC 20006* |
|   *Washington, DC 20004* |   *(202) 223-7300* |
|  |   *kshanmugam@paulweiss.com* |

JANUARY 26, 2026

# CERTIFICATE OF BAR MEMBERSHIP

    I, Kannon K. Shanmugam, counsel for appellees Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc., hereby certify, pursuant to Local Rules 28.3(d) and 46.1(e), that I am a member in good standing of the Bar of the United States Court of Appeals for the Third Circuit.

JANUARY 26, 2026                                       /s/ Kannon K. Shanmugam  
                                                                     KANNON K. SHANMUGAM

# CERTIFICATE OF COMPLIANCE
# WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Kannon K. Shanmugam, counsel for appellees Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc., certify, pursuant to Federal Rule of Appellate Procedure 27(d) and Local Rule 32.1, that the foregoing motion is proportionately spaced, has a Roman-style typeface of 14 points or more, and contains 363 words.

JANUARY 26, 2026                                       /s/ Kannon K. Shanmugam
                                                                                 KANNON K. SHANMUGAM

# CERTIFICATE OF SERVICE

I, Kannon K. Shanmugam, counsel for appellees Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc., and a member of the Bar of this Court, hereby certify that, on January 26, 2026, an electronic copy of this motion was filed with the Clerk of Court using the CM/ECF System. I further certify that all parties required to be served have been served.

JANUARY 26, 2026 /s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM